UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CEDRIC SCARLETTE, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:22-CV-123–D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22], GRANTS plaintiff's motion for judgment on the pleadings [D.E. 16], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on August 11, 2023, and Copies To:**
Vaughn Stephen Clauson        (via CM/ECF electronic notification)
Mark J Dorval        (via CM/ECF electronic notification)
Samantha Zeiler        (via CM/ECF electronic notification)

DATE:        PETER A. MOORE, JR., CLERK
August 11, 2023        (By) /s/ Stephanie Mann
        Deputy Clerk