UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CEDRIC SCARLETTE, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br>     Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 4:22-CV-123–D-KS** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $3,500.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Vaughn Clauson, and mailed to her office at The Clauson Law Firm, PLLC , P.O. Box 110205, Durham, North Carolina 27709, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on September 13, 2023, and Copies To:**

| | |
|---|---|
| Vaughn Stephen Clauson | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Mark J Dorval | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: <br> September 13, 2023 | PETER A. MOORE, JR., CLERK <br> (By) /s/ Stephanie Mann <br>   Deputy Clerk |